IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

CARMELO CALLEJAS,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, a Florida
Municipal corporation, RICHARD CLEMENTS, in his
Capacity as CHIEF OF POLICE for the City of
MIAMI BEACH, RICHARD OCEJO, in his capacity
As a CITY OF MIAMI BEACH POLICE
OFFICER,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, RICHARD OCEJO ("Officer Ocejo"), pursuant to 28 U.S.C. § 1441 and § 1446, hereby files this Notice of Removal of the above-captioned action presently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2021-019182-CA-01, and states as follows:

1. On or about August 13, 2021, Plaintiff, CARMELO CALLEJAS ("Plaintiff"), filed his Complaint against the Defendants, CITY OF MIAMI BEACH (the "City"), RICHARD CLEMENTS ("Chief Clements"), and Officer Ocejo (collectively, the "Defendants"), in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida. Plaintiff's Complaint alleges violations of federal law against Defendants, specifically under 42 U.S.C § 1983, as well as state law claims for assault, battery, and violation of Florida Sunshine Laws, all of which allegedly occurred within the Southern District of Florida, specifically in Miami-Dade County.

2. On or about August 13, Plaintiff contemporaneously filed with his Complaint Plaintiff's Notice of Serving Interrogatories and Request for Production against the City of Miami Beach.

3. On or about August 19, 2021, the City and Richard Clements were served with Plaintiff's summons.

4. On or about August 25, 2021, Richard Ocejo was served with Plaintiff's summons.

5. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (Federal Question) and is one which may be removed to this Court by Defendant pursuant to the provisions 28 U.S.C. §1441(a)-(c).

6. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to the adverse party and a copy of this Notice will be filed with the Clerk of the Circuit Court, in the form attached hereto as **Exhibit A**.

7. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint filed in the circuit court has been attached hereto as **Exhibit B**, and a copy of all process, pleadings, and orders filed in the state court action have been attached hereto as **Exhibit C**.

8. A copy of the Federal Civil Cover Sheet filed in conjunction with this Notice of Removal has been attached hereto as **Exhibit D**.

9. A copy of the Notice of Consent to Removal on behalf of Co-Defendants, CITY OF MIAMI BEACH and RICHARD CLEMENTS, is attached hereto as **Exhibit E**.

Dated this 13th day of September, 2021.

                                        Respectfully Submitted,

                                        s/Robert L. Switkes
                                        Robert L. Switkes, Esq.
                                        Florida Bar No. 241059

s/Bradley F. Zappala
Bradley F. Zappala, Esq.
Florida Bar No. 111829
**SWITKES & ZAPPALA, P.A.**
407 Lincoln Road, Penthouse SE
Miami Beach, Florida 33139
Telephone: (305) 534-4757
Facsimile: (305) 538-5504
*Counsel for Defendant, Officer Ocejo*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court using E-Filing Portal. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by E-Filing Portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   By:    s/Robert L. Switkes
                                                                      Robert L. Switkes, Esq.

**SERVICE LIST**
*Carmelo Callejas v. City of Miami Beach, et al.*
United States District Court, Southern District of Florida
Case No:

**Scott B. Bennett**
SCOTT B. BENNETT, ESQ.
Florida Bar No. 874655
The Bennett Law Center
3377 S.W. 3rd Avenue
Miami, Florida 33145
(305) 648-2255
scott@sblawcenter.com
service@sblawcenter.com
*Attorney for Plaintiff*

**Richard Guzman**
RICHARD GUZMAN, ESQ.
Florida Bar No. 105196
The Bennett Law Center
3377 S.W. 3rd Avenue
Miami, Florida 33145
(305) 648-2255
richard@sblawcenter.com
service@sblawcenter.com
*Attorney for Plaintiff*

**Robert F. Rosenwald**
ROBERT F. ROSENWALD, ESQ.
First Assistant City Attorney
Florida Bar No. 0190039
City of Miami Beach
1700 Convention Center Drive
4th Floor – Legal Department
Miami Beach, Florida 33139
(305) 673-7470
robertrosenwald@miamibeachfl.gov
Counsel for Defendant, City of Miami Beach

**Raul J. Aguila**
RAUL J. AGUILA, ESQ.
City Attorney
Florida Bar No. 0190039
City of Miami Beach
1700 Convention Center Drive
4th Floor – Legal Department

5

Miami Beach, Florida 33139
(305) 673-7470
robertrosenwald@miamibeachfl.gov
Counsel for Defendant, City of Miami Beach