UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-23294-BLOOM/Otazo-Reyes**

CARMELO CALLEJAS,

    Plaintiff,

v.

CITY OF MIAMI BEACH, *et al.*,

    Defendants.

_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court upon the Joint Status Report, ECF No. [77], filed on July 15, 2022. The Court has carefully reviewed the Joint Status Report, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The action is **STAYED** pending the resolution of the following criminal case pending in Miami-Dade Circuit Court: *State of Florida v. Carmelo Callejas* (Case No.: 2020-F-011599) ("Criminal Proceeding").

2. The Parties shall file a joint status report by **September 10, 2022**, informing the Court of the outcome of the trial in the Criminal Proceeding.

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 15, 20222.

                                                                     _____
                                                                      **BETH BLOOM**
                                                                       **UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record